WASHINGTON B. WILLIAMS, Assignee, etc., Respondent, v. BENJAMIN F. ALLEN, and others, Appellants.

*Reference — Long account — determined from character of complaint.*

The character of an action must be determined by the complaint, and if that is upon contract, the action is referable, although the answer sets up a counter-claim, and claims damages by way of recoupment.*

Appeal from an order referring the issues in this action to John P. O'Neill, Esq., to hear, try and determine the same.

The defendants stated in their affidavits, that they intended to dispute only three items of the account. It appeared to the court, however, that one of these items was made up of a large number of small charges, which would have to be proved on the trial.

*Coles Morris* and *Michael H. Cardozo*, for the appellants.

*Culver & Bertrand*, for the respondent.

Opinion by Lawrence, J.

Davis, P. J., and Daniels, J., concurred.

Order affirmed with costs.